UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | Crim. No. 07-223 (KSH) |
| ABDUL NOURI | : | **O R D E R** |

This matter having come before the Court upon the motion by Abdul Nouri, pro se, for early termination of his supervised release or alternatively for a modification of his supervised release conditions permitting him to travel to Syria and Lebanon for six weeks; and the Court having reviewed the submission by Mr. Nouri and the submission made by the United States (by Andrew D. Kogan, Assistant U.S. Attorney, appearing); and for good cause shown,

IT IS THE FINDING OF THIS COURT that Mr. Nouri's motion should be denied for the following reasons:

1. Mr. Nouri received the benefit of a shorter term of supervised release at the time he was sentenced when the Court sentenced to 12 months, one day incarceration and two, rather than three, years of supervised release.

2. Mr. Nouri has failed to present any circumstances that are new or unforeseen that support granting his motion.

3. The United States Probation Office properly denied Mr. Nouri's request to travel for an extended period of six weeks. There would be no manner in which to enforce supervision during the period of travel.

WHEREFORE, it is on this 8th day of December, 2009,

ORDERED that Mr. Nouri's motion to terminate his supervised release is hereby DENIED; and it is further

ORDERED that Mr. Nouri's motion for a modification of the terms of supervised release is hereby DENIED.

/s/ Katharine S. Hayden

_____
HON. KATHARINE S. HAYDEN
United States District Judge