PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Abdul Nouri

Cr.: 07-223-01
PACTS #: 44588

Name of Sentencing Judicial Officer: The Honorable Katherine S. Hayden

Date of Original Sentence: 9/5/07

Original Offense: Filing a False Tax Return, in violation of Title 26: U.S.C. § 7206(1), and Failure to Report Transportation of Monetary Instruments to a Place Outside of the United States, in violation of Title 31: U.S.C. § 5316(a)

Original Sentence: One year and one day in prison, followed by two years supervised release with special conditions for financial disclosure, to cooperate with the IRS, no new credit, DNA and to pay a $200 special assessment and a $3,000 fine.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 8/15/08

## SUMMARY

The offender has recently requested permission to obtain his U.S. Passport, not to travel, but to utilize as identification. The offender claims to be involved in real estate transaction in the Middle East and he is required to provide a copy of his passport in order to close escrow on this transaction. As Your Honor may recall, the offender was ordered to surrender his passport during the pretrial phase of this case. As a result, the U.S. Department of State requires that our office provide a letter indicating that there is no objection form the Court that a new passport be issued to the offender.

U.S. Probation Officer Action:
Our office has no objection to the offender obtaining and utilizing the passport for the stated purpose of completing a real estate transaction. However, we are requesting that the offender still be required to obtain permission from the Court or the probation office to travel outside of the District of New Jersey.

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: 5/24/10

PROB 12A - Page 2
Abdul Nouri

*A response is necessary so that any action the court directs can be taken as follows:*

[X] The offender is permitted to obtain a U.S. Passport during this term of supervised release, but is still required to obtain the permission if the Court or probation office to travel outside of the District of New Jersey
[ ] The offender is not permitted to obtain a U.S. Passport during this term of supervised release
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

6.2.10
_____
Date